# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-2218
LT Case No. 2024-103319-MMDL
_____

CHRISTOPHER THOMAS
BLEICHNER,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the County Court for Volusia County.
Joseph Phillip LeDonne, Judge.

Matthew J. Metz, Public Defender, and Evan Altes, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.


January 6, 2026

PER CURIAM.

     AFFIRMED.

LAMBERT, EISNAUGLE and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____